Keith D. Routsong, Esq.
Nevada State Bar 14944
10000 West Charleston Blvd. Suite 130
Las Vegas, Nevada 89135
(702) 533-8473
keith@fortresslawandrealty.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GUEST MANAGER, LLC,<br><br>Defendant. | Case No. 3:21-cv-00271-MMD-CLB<br><br>**STIPULATED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND**<br>**(First Request)** |

Plaintiff Scanning Technologies Innovations, LLC and Defendant Guest Manager, LLC agree, with the Court's permission, to a 30-day extension of time for Guest Manager, LLC to answer, move, or otherwise respond to the complaint, in order to provide time for the parties to make efforts to resolve the action. This is the first motion to extend time to respond to the complaint. Accordingly, the Court is hereby moved to extend until August 12, 2021, the date for Guest Manager to respond to the Complaint.

1   Lawyers for Guest Manager, who have not yet made an appearance, stipulate to this
2   extension and consent to the filing of this motion.

/s/ Keith D. Routsong
Keith D. Routsong, Esq.
Nevada State Bar 14944
10000 West Charleston Blvd. Suite 130
Las Vegas, Nevada 89135
(702) 533-8473
keith@fortresslawandrealty.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____