Keith D. Routsong, Esq.
Nevada State Bar 14944
**FORTRESS LAW AND REALTY**
10000 West Charleston Blvd. Suite 130
Las Vegas, Nevada 89135
(702) 533-8473
keith@fortresslawandrealty.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | § § § |
| Plaintiff, | § § Case No: 3:21-cv-00271-MMD-CLB |
| vs. | § § PATENT CASE § |
| GUEST MANAGER, LLC | § § |
| Defendant. | § § |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.

///

///

Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Guest Manager, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: July 14, 2021.				Respectfully submitted,

						*/s/Keith D. Routsong, Esq.*
						Keith D. Routsong, Esq.
						Nevada State Bar 14944
						10000 West Charleston Blvd. Suite 130
						Las Vegas, Nevada 89135
						(702) 533-8473
						keith@fortresslawandrealty.com

						**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                        */s/Keith D. Routsong, Esq.*
                                        Keith D. Routsong, Esq.
                                        Nevada State Bar 14944